IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:13-cv-00731-GBL-TCB |
| v. | ) ) | |
| GT MECHANICAL, INC., | ) ) | |
| Defendant. | ) | |

## ORDER & FINAL JUDGMENT

Upon consideration of the October 22, 2013 Report and Recommendation of United States Magistrate Judge Buchanan, who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts as its own the findings of fact and accepts the recommendation of United States Magistrate Judge Buchanan;

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. 10) is **GRANTED**;

**IT IS FURTHER ORDERED** that **JUDGMENT** is **ENTERED** in favor of Plaintiffs Trustees of the Plumbers and Pipefitters National Pension Fund and Trustees of the International Training Fund, and against Defendant GT Mechanical Inc pursuant to Rule 58 of the Civil Rules of Procedure;

**IT IS FURTHER ORDERED** that Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund shall recover from Defendant GT Mechanical, Inc. a total of $22,512.32. Plaintiff Trustees of the International Training Fund shall recover from Defendant GT

Mechanical, Inc. a total of $513.94. In addition, Plaintiffs shall recover from Defendant GT Mechanical, Inc. $1,587.50 in attorneys' fees and $611.29 in costs.

**IT IS SO ORDERED.**

ENTERED this ___6th___ day of November, 2013.

Alexandria, Virginia
11 / 6 / 2013

/s/
Gerald Bruce Lee
United States District Judge